Name & Address:
Daniel J. Kessler, Esq.
Burkhalter Kessler Clement & George
2020 Main Street, Suite 600
Irvine, CA 92614
Telephone No.: (949) 975-7500
State Bar No.: 173710

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Interplay Entertainment Corporation | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV10-7168-DMG (JCGx) |
| v. | |
| Topware Interactive, Inc., et al. | NOTICE OF CHANGE OF ATTORNEY INFORMATION |
| DEFENDANT(S). | |

**The following information must be provided:**

I, <u>Daniel J. Kessler</u>, <u>173710</u>, <u>dkessler@bkcglaw.com</u>
     Name              CA Bar ID Number           E-mail Address

[X] am counsel of record or [ ] out-of-state attorney in the above-entitled cause of action for the following party(s)
<u>TopWare Interactive, Inc.</u>

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
>
> I [X] consent [ ] do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

[X] **TO UPDATE NAME OR FIRM INFORMATION:**

    [X] I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
            PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

    Attorney Name changed to _____
    New Firm/Government Agency Name <u>Burkhalter Kessler Clement & George LLP</u>
    New Address _____
    New Telephone Number _____ New Facsimile Number _____
    New E-mail address _____

[ ] **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX

    [ ] I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    [ ] This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☐   TO BE REMOVED FROM THE CASE:**

　　☐   I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

　　☐   The order relieving me/the aforementioned attorney from my firm was filed on:_____.

　　☐   There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

　　☐   I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\* This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,** *Request for Substitution of Attorney* **and G-01 ORDER,** *Order on Request for Substitution of Attorney.* **At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: <u>November 15, 2011</u>                           _____
　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Attorney of Record / Attorney for the Firm*
　　　　　　　　　　　　　　　　　　　　　　　　Daniel J. Kessler, Esq.

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

# DECLARATION OF ELECTRONIC SERVICE

## Central District of California Case No. CV10-7168 DMG (JCGx)

Service of the attached documents was accomplished pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-03 and Local Rule 5.3-3, which provide in part: "Upon the electronic filing of a document, a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil and Criminal Procedure for all attorneys who have consented to electronic service."

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 14, 2011, at Irvine, California.

By: /s/ Daniel J. Kessler

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2020 Main Street, Suite 600, Irvine, California 92614.

On **November 15, 2011**, I caused the foregoing document described as **NOTICE OF CHANGE OF ATTORNEY INFORMATION** to be served on the interested parties in this action [X] by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as stated on the attached service list.

[X]    **BY MAIL**

[ ] I deposited such envelopes in the mail at **Irvine, California**. The envelopes were mailed via Certified Mail - Return Receipt Requested with postage thereon fully prepaid.

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]    **BY ELECTRONIC TRANSMISSION**

[X] I sent via electronic transmission on this date a copy of the above-referenced document to the addressee stated on the attached Service List.

[ X ]    **BY FACSIMILE**

[ X ] I sent via facsimile on this date a copy of the above-referenced document to the addressee stated on the attached Service List.

[ X ] **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 15, 2011**, at **Irvine, California**.

_____
SANDRA L. PETTIT

3

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

## SERVICE LIST

Christopher J. Nelson, Esq.
Interplay Entertainment Corp.
12301 Wilshire Boulevard, Suite 502
Los Angeles, CA 90025

ATTORNEY FOR PLAINTIFF
INTERPLAY ENTERTAINMENT CORP.

Michael Hurey, Esq.
Christopher J. Dugger, Esq.
Kleinberg & Lerner, LLP
1875 Century Park East, Suite 1150
Los Angeles, CA 90067-2501

ATTORNEY FOR DEFENDANT
SOUTHPEAK INTERACTIVE CORPORATION

Peter Schmitt
TopWare Interactive AG
Rittnert Strasse 36
D-76227 Karlsruhe
Germany
Telephone No.:  +49 721 - 91 51 01 17
Facsimile No.:  +49 721 - 91 51 01 18
Email Address: pschmitt@zuxxez.com

James Seaman
Peter Schmitt
TopWare Interactive
625 Second St., Suite 102
Petaluma, California 94552