UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-7168-DMG (JCGx) | Date | November 17, 2011 |
| Title | *Interplay Entertainment Corp. v. Topware Interactive, Inc.* | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER RE HEARING ON DEFENSE COUNSEL'S MOTION TO BE RELIEVED AS COUNSEL**

On November 15, 2011, the law firm of Burkhalter Kessler Clement & George ("BKC&G"), counsel for defendant Topware Interactive, Inc., filed a motion to withdraw as counsel for said defendant, noticed for hearing on December 9, 2011. Because Local Rule 6-1 requires that motions be filed not later than twenty-eight days before the dates set for hearing, BKC&G's motion is untimely. As such, the hearing is hereby continued to **Friday, December 16, 2011 at 10:00 a.m.**

Pursuant to Local Rule 83-2.9.2.3 and 83-2.10.1, an attorney requesting leave to withdraw from representing a defendant which is a corporation, unincorporated association, or partnership is required to give written notice to such defendant of the consequences of its inability to appear *pro se*, including the possibility that default could be entered against it. Although the motion filed by defense counsel indicates that defendant was advised that it would be required to retain new counsel to represent it as a corporate defendant is not permitted to represent itself, it does not indicate that defendant was advised that its failure to retain new counsel could result in the striking of defendant's answer and the entry of its default. Defense counsel shall provide defendants with such notice and a copy of this Order forthwith.

Defense counsel is further ordered to notify Peter Schmitt or other representative of defendant, that he or such other representative must appear for the December 16, 2011 hearing at 10:00 a.m., either in person or by telephone. If Mr. Schmitt or other representative will appear by telephone, defense counsel shall contact the Courtroom Deputy, Valencia Vallery, at (213) 894-5452 at least three days before the hearing date and provide her with the telephone number (land lines only; no cell phones) at which the Court can reach defendant's representative. Mr. Schmitt or other representative shall be available at that number starting at least one-half hour before the time scheduled for the hearing.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk VV |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 10-7168-DMG (JCGx)** | Date | November 17, 2011 |
| Title | *Interplay Entertainment Corp. v. Topware Interactive, Inc.* | Page | 2 of 2 |

   No later than **November 28, 2011**, defense counsel shall file a declaration regarding the status of compliance with this Order.

IT IS SO ORDERED.