1 BURKHALTER KESSLER CLEMENT & GEORGE LLP
Daniel J. Kessler, Esq., Bar No. 173710
2 Ros M. Lockwood, Esq., Bar No. 194718
2020 Main Street, Suite 600
3 Irvine, California 92614
Telephone: (949) 975-7500
4 Facsimile: (949) 975-7501

5 Attorneys for Defendant,
Topware Interactive, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| INTERPLAY ENTERTAINMENT CORP., <br><br> Plaintiff, <br><br> vs. <br><br> TOPWARE INTERACTIVE, INC., SOUTHPEAK INTERACTIVE CORPORATION, and DOES 1-10, <br><br> Defendants <br><br> SOUTHPEAK INTERACTIVE CORPORATION, <br><br> Cross-Plaintiff, <br><br> vs. <br><br> INTERPLAY ENTERTAINMENT CORP., and DOES 1-10, <br><br> Cross-Defendants | CASE No. CV-10-7168 DMG (JCGx) <br><br> **NOTICE OF CHANGE OF DATE AND TIME OF BURKHALTER KESSLER CLEMENT & GEORGE LLP'S MOTION TO BE RELIEVED AS COUNSEL** <br><br> Old Date: December 9, 2011 <br> Time: 9:30 a.m. <br> Courtroom: 7 <br><br> New Date: December 16, 2011 <br> Time: 10:00 a.m. <br> Courtroom: 7 |

**NOTICE OF CHANGE OF DATE AND TIME OF MOTION TO BE RELIEVED AS COUNSEL**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Burkhalter Kessler Clement & George LLP's motion to be relieved as counsel, previously notice to be heard on December 9, 2011, at 9:30 A.M., has been continued to December 16, 2011, at 10:00 A.M., in Courtroom 7 of the United States District Court, located at 312 North Spring Street, Los Angeles, CA 90012. Attached hereto as Exhibit "A" is a true and correct copy of the Order Re Hearing on Defense Counsel's Motion to be Relieved As Counsel.

DATED: November 18, 2011　　BURKHALTER KESSLER CLEMENT & GEORGE LLP

By: _____
Ros M. Lockwood, Esq.
Attorneys for Defendant, Topware Interactive, Inc

---

1

NOTICE OF CHANGE OF DATE AND TIME OF MOTION TO BE RELIEVED AS COUNSEL

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

Case No.   CV 10-7168-DMG (JCGx)                                   Date   November 17, 2011

Title   *Interplay Entertainment Corp. v. Topware Interactive, Inc.*                Page   1 of 2

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER RE HEARING ON DEFENSE COUNSEL'S MOTION TO BE RELIEVED AS COUNSEL**

On November 15, 2011, the law firm of Burkhalter Kessler Clement & George ("BKC&G"), counsel for defendant Topware Interactive, Inc., filed a motion to withdraw as counsel for said defendant, noticed for hearing on December 9, 2011. Because Local Rule 6-1 requires that motions be filed not later than twenty-eight days before the dates set for hearing, BKC&G's motion is untimely. As such, the hearing is hereby continued to **Friday, December 16, 2011 at 10:00 a.m.**

Pursuant to Local Rule 83-2.9.2.3 and 83-2.10.1, an attorney requesting leave to withdraw from representing a defendant which is a corporation, unincorporated association, or partnership is required to give written notice to such defendant of the consequences of its inability to appear *pro se*, including the possibility that default could be entered against it. Although the motion filed by defense counsel indicates that defendant was advised that it would be required to retain new counsel to represent it as a corporate defendant is not permitted to represent itself, it does not indicate that defendant was advised that its failure to retain new counsel could result in the striking of defendant's answer and the entry of its default. Defense counsel shall provide defendants with such notice and a copy of this Order forthwith.

Defense counsel is further ordered to notify Peter Schmitt or other representative of defendant, that he or such other representative must appear for the December 16, 2011 hearing at 10:00 a.m., either in person or by telephone. If Mr. Schmitt or other representative will appear by telephone, defense counsel shall contact the Courtroom Deputy, Valencia Vallery, at (213) 894-5452 at least three days before the hearing date and provide her with the telephone number (land lines only; no cell phones) at which the Court can reach defendant's representative. Mr. Schmitt or other representative shall be available at that number starting at least one-half hour before the time scheduled for the hearing.

EXHIBIT A  PAGE 2

| CV-90 | CIVIL MINUTES—GENERAL | Initials of Deputy Clerk VV |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No.   **CV 10-7168-DMG (JCGx)** | Date   November 17, 2011 |
| Title   ***Interplay Entertainment Corp. v. Topware Interactive, Inc.*** | Page   2 of 2 |

    No later than **November 28, 2011**, defense counsel shall file a declaration regarding the status of compliance with this Order.

IT IS SO ORDERED.

EXHIBIT A  PAGE 3

# DECLARATION OF ELECTRONIC SERVICE

**Central District of California Case No. CV10-7168 DMG (JCGx)**

Service of the attached documents was accomplished pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-03 and Local Rule 5.3-3, which provide in part: "Upon the electronic filing of a document, a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil and Criminal Procedure for all attorneys who have consented to electronic service."

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 18, 2011, at Irvine, California.

By: /s/ Daniel J. Kessler

---

2

**NOTICE OF CHANGE OF DATE AND TIME OF MOTION TO BE RELIEVED AS COUNSEL**

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2020 Main Street, Suite 600, Irvine, California 92614.

On **November 18, 2011**, I caused the foregoing document described as **NOTICE OF CHANGE OF DATE AND TIME OF BURKHALTER KESSLER CLEMENT & GEORGE LLP'S MOTION TO BE RELIEVED AS COUNSEL** to be served on the interested parties in this action [X] by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as stated on the attached service list.

[X] **BY MAIL**

[ ] I deposited such envelopes in the mail at **Irvine, California**. The envelopes were mailed via Certified Mail - Return Receipt Requested with postage thereon fully prepaid.

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **BY ELECTRONIC TRANSMISSION**

[X] I sent via electronic transmission on this date a copy of the above-referenced document to the addressee stated on the attached Service List.

[ X ] **BY FACSIMILE**

[ X ] I sent via facsimile on this date a copy of the above-referenced document to the addressee stated on the attached Service List.

[ X ] **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 18, 2011**, at **Irvine, California**.

*/s/ Sandra L. Pettit*
SANDRA L. PETTIT

## SERVICE LIST

Christopher J. Nelson, Esq.
Interplay Entertainment Corp.
12301 Wilshire Boulevard, Suite 502
Los Angeles, CA 90025

ATTORNEY FOR PLAINTIFF
INTERPLAY ENTERTAINMENT CORP.

Michael Hurey, Esq.
Christopher J. Dugger, Esq.
Kleinberg & Lerner, LLP
1875 Century Park East, Suite 1150
Los Angeles, CA 90067-2501

ATTORNEY FOR DEFENDANT
SOUTHPEAK INTERACTIVE CORPORATION

Peter Schmitt
TopWare Interactive AG
Rittnert Strasse 36
D-76227 Karlsruhe
Germany
Telephone No.: +49 721 - 91 51 01 17
Facsimile No.: +49 721 - 91 51 01 18
Email Address: pschmitt@zuxxez.com

James Seaman
Peter Schmitt
TopWare Interactive
625 Second St., Suite 102
Petaluma, California 94552