BURKHALTER KESSLER CLEMENT & GEORGE LLP
Daniel J. Kessler, Esq., Bar No. 173710
Ros M. Lockwood, Esq., Bar No. 194718
2020 Main Street, Suite 600
Irvine, California 92614
Telephone: (949) 975-7500
Facsimile: (949) 975-7501

Attorneys for Defendant,
Topware Interactive, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| INTERPLAY ENTERTAINMENT CORP., <br><br> Plaintiff, <br><br> vs. <br><br> TOPWARE INTERACTIVE, INC., SOUTHPEAK INTERACTIVE CORPORATION, and DOES 1-10, <br><br> Defendants | CASE No. CV-10-7168 DMG (JCGx) <br><br> **DECLARATION OF DANIEL J. KESSLER, ESQ. RE: COMPLIANCE WITH CIVIL MINUTES ORDER DATED NOVEMBER 17, 2011** <br><br> Date: December 16, 2011 <br> Time: 10:00 a.m. <br> Courtroom: 7 |
| SOUTHPEAK INTERACTIVE CORPORATION, <br><br> Cross-Plaintiff, <br><br> vs. <br><br> INTERPLAY ENTERTAINMENT CORP., and DOES 1-10, <br><br> Cross-Defendants | |

**DECLARATION OF DANIEL J. KESSLER RE: COMPLIANCE WITH COURT ORDER**

## DECLARATION OF DANIEL J. KESSLER

1. I am a partner at Burkhalter Kessler Clement & George LLP, counsel for Topware Interactive, Inc. ("Defendant") herein, and I am duly licensed to practice before all courts in the State of California and the United States District Court, Central District of California. I have personal knowledge of the facts set forth herein and, if called upon to testify, I could and would do so competently.

2. I make this declaration in response to the Court's November 17, 2011 Order re Hearing on Defense Counsel's Motion to be Relieved as Counsel (the "Order").

3. On November 18, 2011, I personally sent an email to Peter Schmitt, who I understand to be general counsel for Defendant, and Jason Seaman, who I understand to be an authorized representative of Defendant. I attached to this email a true and correct copy of the Notice of Changed Date, and the Order.

4. In the body of the email, I specifically instructed Messrs. Schmitt and Seaman to thoroughly review the Order. I also specifically reiterated the fact that, as a corporation, Defendant must have counsel representing it in this action, *and* that failure to do so could result in the striking of Defendant's Answer and entry of its default (I previously notified Mr. Schmitt of this before filing the instant Motion as well). In this same email, I also specifically instructed Messrs. Schmitt and Seaman that Defendant is ordered to appear on December 16, 2011, and to notify my office if they would like to do so by telephone, so that I may timely coordinate same with the Courtroom Deputy.

4.      I have a copy of my email to Defendant, and will provide same to the Court for *in camera* review if the Court so desires.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of November, 2011, at Irvine, California.

_____
Daniel J. Kessler, Esq.

DECLARATION OF ELECTRONIC SERVICE

**Central District of California Case No. CV10-7168 DMG (JCGx)**

Service of the attached documents was accomplished pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-03 and Local Rule 5.3-3, which provide in part: "Upon the electronic filing of a document, a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil and Criminal Procedure for all attorneys who have consented to electronic service."

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 18, 2011, at Irvine, California.

By: /s/ Daniel J. Kessler

**DECLARATION OF DANIEL J. KESSLER RE: COMPLIANCE WITH COURT ORDER**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2020 Main Street, Suite 600, Irvine, California 92614.

On **November 18, 2011**, I caused the foregoing document described as **DECLARATION OF DANIEL J. KESSLER, ESQ. RE: COMPLIANCE WITH CIVIL MINUTES ORDER DATED NOVEMBER 17, 2011** to be served on the interested parties in this action [X] by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as stated on the attached service list.

[X]   **BY MAIL**

[ ] I deposited such envelopes in the mail at **Irvine, California**. The envelopes were mailed via Certified Mail - Return Receipt Requested with postage thereon fully prepaid.

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **BY ELECTRONIC TRANSMISSION**

[X] I sent via electronic transmission on this date a copy of the above-referenced document to the addressee stated on the attached Service List.

[ X ]   **BY FACSIMILE**

[ X ] I sent via facsimile on this date a copy of the above-referenced document to the addressee stated on the attached Service List.

[ X ] **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 18, 2011**, at **Irvine, California**.

SANDRA L. PETTIT

## SERVICE LIST

Christopher J. Nelson, Esq.
Interplay Entertainment Corp.
12301 Wilshire Boulevard, Suite 502
Los Angeles, CA 90025

ATTORNEY FOR PLAINTIFF
INTERPLAY ENTERTAINMENT CORP.

Michael Hurey, Esq.
Christopher J. Dugger, Esq.
Kleinberg & Lerner, LLP
1875 Century Park East, Suite 1150
Los Angeles, CA 90067-2501

ATTORNEY FOR DEFENDANT
SOUTHPEAK INTERACTIVE CORPORATION

Peter Schmitt
TopWare Interactive AG
Rittnert Strasse 36
D-76227 Karlsruhe
Germany
Telephone No.: +49 721 - 91 51 01 17
Facsimile No.: +49 721 - 91 51 01 18
Email Address: pschmitt@zuxxez.com

James Seaman
Peter Schmitt
TopWare Interactive
625 Second St., Suite 102
Petaluma, California 94552

5

**DECLARATION OF DANIEL J. KESSLER RE: COMPLIANCE WITH COURT ORDER**