David A. Berstein (204472)
GOODMAN MOONEY & BERSTEIN, LLP
8001 Irvine Center Drive, Suite 1170
Irvine, California 92618
T: 949.622.0020
david@goodmanmooney.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERPLAY ENTERTAINMENT, CORP., <br> PLAINTIFF(S) <br> v. <br> TOPWARE INTERACTIVE, INC., SOUTH PEAK INTERACTIVE CORPORATION, and DOES 1-10, <br> DEFENDANT(S). | CASE NUMBER <br> CV 10-7168 DMG (JCGx) <br><br> NOTICE OF CHANGE OF ATTORNEY INFORMATION |

**The following information must be provided:**

I, __David A. Berstein__, __204472__, __david@goodmanmooney.com__
      *Name*                *CA Bar ID Number*            *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Topware Interactive, Inc.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent  ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☐ **TO UPDATE NAME OR FIRM INFORMATION:**
   ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
         PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
   Attorney Name changed to _____
   New Firm/Government Agency Name _____
   New Address _____
   New Telephone Number _____  New Facsimile Number _____
   New E-mail address _____

☐ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
   ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☑    TO BE REMOVED FROM THE CASE: **
    ☑    I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.
CHECK ONE BOX
    ☐    The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☐    There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☑    I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: November 30, 2011          _____
                                  Signature of Attorney of Record / Attorney for the Firm

**PLEASE NOTE: CM/ECF users must update** their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action. My business address is 8001 Irvine Center Drive, Suite 1170, Irvine, California 92618.

On November 30, 2011, I caused the foregoing document(s) described as: **NOTICE OF CHANGE OF ATTORNEY INFORMATION**, to be served on the interested parties in this action by enclosing a true and correct copy of the original in a sealed envelope addressed as follows:

James T. Seaman, III
TOPWARE INTERACTIVE, INC.
625 2nd Street, Suite 102
Petaluma, California 94952

[X]   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

Executed on November 30, 2011 at Irvine, California.

(FEDERAL)   I declare under penalty of perjury that the foregoing is true and correct.

_____
David A. Berstein

**DECLARATION OF ELECTRONIC SERVICE**

**Central District of California Case No. CV 10-7168 DMG (JCGx)**

Service of the attached document was accomplished pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-03 and Local Rule 5.3-3, which provide in part: " Upon the electronic filing of a document, a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil and Criminal Procedure for all attorneys who have consented to electronic service."

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 30, 2011, at Irvine, California.

By: /s/ David A. Berstein
David A. Berstein