KLEINBERG & LERNER, LLP
Michael Hurey (SBN 139,550)
*Email: mhurey@kleinberglerner.com*
Christopher J. Dugger (SBN 239,427)
*Email: cdugger@kleinberglerner.com*
Philip L. Nulud (SBN 245,147)
*Email: pnulud@kleinberglerner.com*
1875 Century Park East, Suite 1150
Los Angeles, CA 90067-3112
Telephone:   310-557-1511
Facsimile:    310-557-1540

Attorneys for Defendant
SOUTHPEAK INTERACTIVE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERPLAY ENTERTAINMENT CORP., <br><br> Plaintiffs, <br><br> v. <br><br> TOPWARE INTERACTIVE, INC., SOUTHPEAK INTERACTIVE CORPORATION, and Does 1 – 10, <br><br> Defendant. | CASE NO.  CV-10-7168 DMG(JCGx) <br><br> **JOINT REQUEST TO CONTINUE THE EARLY MEDIATION DEADLINE AND JOINT REPORT RE RESULTS OF EARLY MEDIATION DEADLINE** <br><br> **PROPOSED ORDER FILED CONCURRENTLY HEREWITH** |

Defendant SouthPeak Interactive Corporation ("SouthPeak") and Plaintiff Interplay Entertainment Corporation ("Interplay"), by and through their respective attorneys of record, hereby respectfully request the Court to continue the Early Mediation Deadline originally set for December 9, 2011 by sixty (60) days to February 7, 2012 and the corresponding Joint Report Re Results of Early Mediation Deadline originally set for December 19, 2011 by sixty (60) days to February 17, 2012.  The parties need additional time to confer and enter into mediation.

As the court is aware, Defendant Topware's counsel is requesting to be relieved, due in part to their client's failure or refusal to cooperate in its defense. Due to the unknown nature of this pending motion and the representation of Defendant Topware, Defendant SouthPeak and Plaintiff Interplay cannot effectively mediate the issue.  Accordingly, SouthPeak and Interplay request that the court continue the early mediation deadline and the corresponding joint report. Agreed to in form and substance:

**KLEINBERG & LERNER, LLP**

December 6, 2011              /s/ Philip Nulud

             Michael Hurey
             Christopher J. Dugger
             Philip L. Nulud
             Attorneys for Defendant
             SouthPeak Interactive, Corporation

**Interplay Entertainment Corp.**

December 6, 2011              /s/ Christopher Nelson

             Christopher J. Nelson
             Attorney for Plaintiff Interplay
             Entertainment Corporation