| | |
|---|---|
| 1 | KLEINBERG & LERNER, LLP |
| 2 | Michael Hurey (SBN 139,550)<br>Email: mhurey@kleinberglerner.com |
| 3 | Christopher J. Dugger (SBN 239,427)<br>Email: cdugger@kleinberglerner.com |
| 4 | Philip L. Nulud (SBN 245,147)<br>Email: pnulud@kleinberglerner.com |
| 5 | 1875 Century Park East, Suite 1150<br>Los Angeles, CA 90067-3112 |
| 6 | Telephone: 310-557-1511 |
| 7 | Facsimile: 310-557-1540 |
| 8 | Attorneys for Defendant<br>SOUTHPEAK INTERACTIVE CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERPLAY ENTERTAINMENT CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>TOPWARE INTERACTIVE, INC., SOUTHPEAK INTERACTIVE CORPORATION, and Does 1 – 10,<br><br>Defendant. | CASE NO. CV-10-7168 DMG(JCGx)<br><br>**ORDER CONTINUING DEADLINES FOR EARLY MEDIATION AND JOINT REPORT RE RESULTS OF EARLY MEDIATION**<br>**[44]** |

The Court, having so reviewed the parties' Joint Request To Continue The Early Mediation Deadline and Joint Report Re Results of Early Mediation Deadline, and good cause appearing, IT IS ORDERED that the Early Mediation Deadline originally set for December 9, 2011 is continued to February 7, 2012 and the corresponding Joint Report Re Results of Early Mediation Deadline originally set for December 19, 2011 is continued to February 17, 2012.

IT IS SO ORDERED.

December __8__, 2011

/s/ Dolly M. Gee

DOLLY M. GEE
United States District Judge

- 1 -

[Proposed] Order Continuing Deadlines for Early Mediation and Joint Report Re Results of Early Mediation