UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-7168-DMG (JCGx) | Date | December 15, 2011 |
|---|---|---|---|
| Title | Interplay Entertainment Corp. v. TopWare Interactive, Inc. et al. | | |

Present: The Honorable     DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)  - ORDER AND NOTICE TO ALL PARTIES

On the Court's own motion, the Motion to be Relieved as Counsel for defendant Topware Interactive, Inc. [37], currently scheduled for December 16, 2011, is hereby continued to ***December 19, 2011 at 9:30 a.m.***

IT IS SO ORDERED.

CV-90 (12/09)                    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk VRV