UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 10-7168-DMG (JCGx)** | Date | December 19, 2011 |
|---|---|---|---|

| Title | *Interplay Entertainment Corp. v. Topware Interactive, Inc.* | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | ANNE KIELWASSER |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Christopher J. Nelson | Daniel J. Kessler |
|  | Philip L. Nulid |

**Proceedings: Motion to Withdraw as Counsel for Defendant Topware Interactive, Inc. fld 11/15/11 [Doc. # 37]**

Cause called and appearances made as stated above. Peter Schmitt, general in-house counsel for defendant Topware Interactive, Inc. ("Topware") failed to appear. The Court, plaintiff's counsel, counsel for defendant Southpeak Interactive Corporation, and counsel for defendant Topware confer.

Burkhalter Kessler Clement & George ("BKC&G"), filed a motion to withdraw ("Motion") as counsel for defendant Topware. Based upon the parties' written submissions and the statements made today on the record, the Court hereby GRANTS the Motion, provided BKC&G timely files the proof of service described in this Order.

The Court orders BKC&G to serve this Order on defendant Topware and Mr. Schmitt and, thereafter, file a proof a service no later than **December 29, 2011**.

"An attorney may not withdraw as counsel except by leave of court. An application for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action." (Local Rule 83-2.9.2.1.) BKC&G asserts that good cause exists for BKC&G to be relieved as counsel because (1) for several months, Topware has been in breach of its contractual obligations to pay BKC&G per the terms of their agreement; (2) despite regular correspondence from BKC&G, Topware has failed to communicate with BKC&G and cooperate with counsel in defending itself in this action; and (3) most recently, Topware has failed to respond to BKC&G's emailed communications dated October 26, and November 1, 2, 3, 10 and 11, 2011.

The Court finds that good cause exists for the withdrawal and that B&D have taken adequate steps to inform plaintiff of the withdrawal.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk VV |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-7168-DMG (JCGx) | Date | December 19, 2011 |
| Title | *Interplay Entertainment Corp. v. Topware Interactive, Inc.* | Page | 2 of 2 |

**NOTICE TO DEFENDANT TOPWARE, WHO WILL BE UNREPRESENTED**

Because defendant is a corporation, it is not permitted to represent itself, or to appear in court without a lawyer. (*See* Local Rule 83-2.10.1.) As a result, **DEFENDANT COULD LOSE THIS CASE** by failing to hire a lawyer. Defendant shall file a notice of appearance by **January 23, 2012** providing the name, address and telephone number of the attorney it has retained to represent it herein.

**Defendant is advised that failure to file such notice of appearance by said date shall result in the striking of defendant's answer and the entry of its default.**

IT IS SO ORDERED.

:03

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk VV |