BURKHALTER KESSLER CLEMENT & GEORGE LLP
Daniel J. Kessler, Esq., Bar No. 173710
Ros M. Lockwood, Esq., Bar No. 194718
2020 Main Street, Suite 600
Irvine, California 92614
Telephone: (949) 975-7500
Facsimile: (949) 975-7501

Attorneys for Defendant,
Topware Interactive, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| INTERPLAY ENTERTAINMENT CORP., <br><br> Plaintiff, <br><br> vs. <br><br> TOPWARE INTERACTIVE, INC., SOUTHPEAK INTERACTIVE CORPORATION, and DOES 1-10, <br><br> Defendants <br><br> SOUTHPEAK INTERACTIVE CORPORATION, <br><br> Cross-Plaintiff, <br><br> vs. <br><br> INTERPLAY ENTERTAINMENT CORP., and DOES 1-10, <br><br> Cross-Defendants | CASE No. CV-10-7168 DMG (JCGx) <br><br> **PROOF OF SERVICE OF ORDER GRANTING MOTION TO WITHDRAWL AS COUNSEL FOR DEFENDANT TOPWARE INTERACTIVE, INC.** |

**PROOF OF SERVICE**

**TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on the date indicated on the attached declarations of service, Burkhalter Kessler Clement & George LLP's served upon Defendant Topware Interactive, Inc. the Court's December 19, 2011 Order Granting BKCG's motion to be relieved as counsel. Attached hereto as Exhibit "A" is a true and correct copy of the Order Granting Counsel's Motion to Be Relieved As Counsel.

DATED: December 21, 2011          BURKHALTER KESSLER CLEMENT & GEORGE LLP

By: _____
Daniel J. Kessler, Esq.
Attorneys for Defendant, Topware Interactive, Inc

Case 2:10-cv-07168-DMG-JCG Document 48 Filed 12/9/11 Page 3 of 7 Page ID #:343

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 10-7168-DMG (JCGx)** | Date | December 19, 2011 |
| Title | *Interplay Entertainment Corp. v. Topware Interactive, Inc.* | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | ANNE KIELWASSER |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Christopher J. Nelson | Daniel J. Kessler |
| | Philip L. Nulid |

**Proceedings:   Motion to Withdraw as Counsel for Defendant Topware Interactive, Inc. fld 11/15/11 [Doc. # 37]**

Cause called and appearances made as stated above. Peter Schmitt, general in-house counsel for defendant Topware Interactive, Inc. ("Topware") failed to appear. The Court, plaintiff's counsel, counsel for defendant Southpeak Interactive Corporation, and counsel for defendant Topware confer.

Burkhalter Kessler Clement & George ("BKC&G"), filed a motion to withdraw ("Motion") as counsel for defendant Topware. Based upon the parties' written submissions and the statements made today on the record, the Court hereby GRANTS the Motion, provided BKC&G timely files the proof of service described in this Order.

The Court orders BKC&G to serve this Order on defendant Topware and Mr. Schmitt and, thereafter, file a proof a service no later than **December 29, 2011**.

"An attorney may not withdraw as counsel except by leave of court. An application for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action." (Local Rule 83-2.9.2.1.) BKC&G asserts that good cause exists for BKC&G to be relieved as counsel because (1) for several months, Topware has been in breach of its contractual obligations to pay BKC&G per the terms of their agreement; (2) despite regular correspondence from BKC&G, Topware has failed to communicate with BKC&G and cooperate with counsel in defending itself in this action; and (3) most recently, Topware has failed to respond to BKC&G's emailed communications dated October 26, and November 1, 2, 3, 10 and 11, 2011.

The Court finds that good cause exists for the withdrawal and that B&D have taken adequate steps to inform plaintiff of the withdrawal.

EXHIBIT A   PAGE 1

| | | |
|---|---|---|
| CV-90 | CIVIL MINUTES—GENERAL | Initials of Deputy Clerk VV |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

Case No. **CV 10-7168-DMG (JCGx)**                             Date  December 19, 2011

Title  ***Interplay Entertainment Corp. v. Topware Interactive, Inc.***             Page  2 of 2

**NOTICE TO DEFENDANT TOPWARE, WHO WILL BE UNREPRESENTED**

Because defendant is a corporation, it is not permitted to represent itself, or to appear in court without a lawyer. (*See* Local Rule 83-2.10.1.) As a result, **DEFENDANT COULD LOSE THIS CASE** by failing to hire a lawyer. Defendant shall file a notice of appearance by **January 23, 2012** providing the name, address and telephone number of the attorney it has retained to represent it herein.

**Defendant is advised that failure to file such notice of appearance by said date shall result in the striking of defendant's answer and the entry of its default.**

IT IS SO ORDERED.

:03

EXHIBIT A   PAGE 2

# DECLARATION OF ELECTRONIC SERVICE
**Central District of California Case No. CV10-7168 DMG (JCGx)**

Service of the attached documents was accomplished pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-03 and Local Rule 5.3-3, which provide in part: "Upon the electronic filing of a document, a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil and Criminal Procedure for all attorneys who have consented to electronic service."

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 21, 2011, at Irvine, California.

By: /s/ Daniel J. Kessler

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2020 Main Street, Suite 600, Irvine, California 92614.

On **December 21, 2011**, I caused the foregoing document described as **PROOF OF SERVICE OF ORDER GRANTING MOTION TO WITHDRAWL AS COUNSEL FOR DEFENDANT TOPWARE INTERACTIVE, INC.**
to be served on the interested parties in this action [X] by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as stated on the attached service list.

[X]   **BY MAIL**

[ ] I deposited such envelopes in the mail at **Irvine, California**. The envelopes were mailed via Certified Mail - Return Receipt Requested with postage thereon fully prepaid.

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **BY ELECTRONIC TRANSMISSION**

[X]   I sent via electronic transmission on this date a copy of the above-referenced document to the addressee stated on the attached Service List.

[ X ] **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 21, 2011**, at **Irvine, California**.

_____
ASHLEY BURKHALTER

## SERVICE LIST

ELECTRONIC SERVICE ONLY (CM/EMF):

Christopher J. Nelson, Esq.
Interplay Entertainment Corp.
12301 Wilshire Boulevard, Suite 502
Los Angeles, CA 90025

ATTORNEY FOR PLAINTIFF
INTERPLAY ENTERTAINMENT CORP.

Michael Hurey, Esq.
Christopher J. Dugger, Esq.
Kleinberg & Lerner, LLP
1875 Century Park East, Suite 1150
Los Angeles, CA 90067-2501

ATTORNEY FOR DEFENDANT
SOUTHPEAK INTERACTIVE CORPORATION

BY MAIL AND ELECTRONIC SERVICE

Peter Schmitt
TopWare Interactive AG
Rittnert Strasse 36
D-76227 Karlsruhe
Germany
Telephone No.: +49 721 - 91 51 01 17
Facsimile No.: +49 721 - 91 51 01 18
Email Address: pschmitt@zuxxez.com

James Seaman III
TopWare Interactive
Sales and Marketing Address
625 Second St., Suite 102
Petaluma, California 94552
Email Address: jseaman@topware.com

James Seaman III
Managing Director
TopWare Interactive, Inc.
Headquarters
2960 Howard Hughes Parkway, 5th Floor
Las Vegas, NV 89109