UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 10-07168 DMG (JCGx)** | Date | February 6, 2012 |
| Title | *Interplay Entertainment Corp. v. TopWare Interactive, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER STRIKING ANSWER OF DEFENDANT TOPWARE INTERACTIVE, INC. AND ENTERING DEFAULT**

On December 19, 2011, this Court granted the motion by Burkhalter Kessler Clement & George, LLP ("BKCG") to withdraw as counsel for Defendant TopWare Interactive, Inc. contingent on BKCG providing written notice to TopWare that (1) because TopWare is a corporation it must be represented by an attorney; (2) TopWare was required to file a notice of appearance of counsel by January 23, 2012 indicating that it intends to proceed with legal representation; and (3) TopWare's failure to timely file said notice of appearance would result in the striking of its answer and entry of its default [Doc. # 47]. BKCG filed proof of service by mail on TopWare on December 21, 2011 [Doc. # 48].

TopWare has failed to file a notice of appearance of counsel or request for an extension of time to locate counsel. Accordingly, TopWare's answer to the first amended complaint, filed February 25, 2011 [Doc. # 22], is **STRICKEN** and the default of Defendant TopWare Interactive, Inc. is hereby entered. Plaintiff shall file a motion for default judgment against TopWare by no later than **March 7, 2012**.

**IT IS SO ORDERED.**