1  Christopher J. Nelson, Esq.  (CA Bar No. 205161)
2  *cnelson@interplay.com*
   Interplay Entertainment Corp.
3  12301 Wilshire Boulevard Suite 502
4  Los Angeles, CA 90025
   (310) 979-7070
5  Fax: (310)979-7171

6

7              **IN THE UNITED STATES DISTRICT COURT**
8            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9

10  INTERPLAY ENTERTAINMENT          ) Case No.:  CV-10-7168 DMG(JCGx)
                                      )
11  CORP.,                            ) *EX PARTE* APPLICATION TO
                                      ) ENFORCE THE COURT'S ORDER
12              Plaintiff,            ) OF DECEMBER 19, 2011;
                                      ) PROPOSED ORDER
13        vs.                         )
                                      )
14  TOPWARE INTERACTIVE,INC.,         )
                                      )
15  SOUTHPEAK INTERACTIVE             ) JUDGE: Dolly M. Gee
                                      )
16  CORPORATION, and Does 1-10,       ) COURTROOM: 7
                                      )
17              Defendants.           ) TRIAL DATE: June 12, 2012
                                      )
18

19        TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

20        Please take notice that Plaintiff Interplay Entertainment Corp. hereby

21  requests the Court, *ex parte,* to carry out its Order of December 19, 2011.

22        On December 19, 2011, the Court heard a noticed motion by Defendant

23  Topware Interactive, Inc.'s then counsel of record,  Burkhalter, Kessler, Clement &

24  George ("BKC&G") which sought permission to withdraw due to Topware's

25  refusal to participate in defense of this lawsuit.  The Court granted BKC&G's

26  motion to withdraw.  Topware is a corporation and may not represent itself or

27  appear in court without a lawyer. (Local Rule 83-2.10.1)  A copy of the Court's

28

                                     1

Order (Document Number 48 in the Court's Docket)  is attached hereto as Exhibit A and reads in relevant part:

> Defendant shall file a notice of appearance by January 23, 2012 providing the name, address and telephone number of the attorney it has retained to represent it herein. **Defendant is advised that failure to file such notice of appearance by said date shall result in the striking of defendant's answer and the entry of its default.**  (Emphasis in original.)

BKC&G served Topware with a copy of the Court's Order on December 21, 2011.  (*See* Proof of Service at Docket Entry 48, attached hereto as Exhibit B.) Despite notice of both BKC&G's Motion and the Court's Order, Topware has failed to appear with new counsel.  More than ten days has passed since the deadline to appear as set forth in the Court's Order.  Consequently, Interplay respectfully requests the Court execute its December 19, 2011 Order , strike Topware's answer and direct the Clerk to enter Topware's default.

On February 6, 2012, Interplay's counsel informed Defendant Topware's Managing Director, James Seaman, by email notice that Interplay would request the Court to execute and enforce the December 19, 2011 Order and that TopWare must respond to this application through its counsel within twenty-four hours of being served.  Interplay also attempted to contact Mr. Seaman by fax at the last known fax number for TopWare, as shown on the proof of service filed by its TopWare's former counsel.  There was no answer at that number.  Mr. Seaman did not respond to the email.

Dated: February 7, 2012

By:_____/s/_____

Christopher J. Nelson, Esq.
*Attorney for Plaintiff*
*Interplay Entertainment Corp.*

2

*EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER OF
DECEMBER 19, 2011; PROPOSED ORDER