Christopher J. Nelson (Bar No. 205161)
cnelson@interplay.com
Interplay Entertainment Corp.
Suite 502
12301 Wilshire Boulevard
Los Angeles, CA 90025
310-979-7070
310-979-7171 (fax)

*Attorney for Plaintiff*
*Interplay Entertainment Corp.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERPLAY ENTERTAINMENT CORP.,<br><br>       Plaintiff,<br><br>    vs.<br><br>TOPWARE INTERACTIVE,INC., and Does 1-20,<br><br>      Defendants. | Case No.: CV 10-7168-DMG (JCGx)<br><br><br>PROPOSED ORDER GRANTING *EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER OF DECEMBER 19, 2011 |

This matter is before the Court on Plaintiff's Ex Parte Application to Enforce the Court's Order of December 19, 2011.  For the reasons set forth below, the Application is GRANTED.

On December 19, 2011, the Court granted a Motion to Withdraw brought by Defendant TopWare Interactive Inc.'s counsel.  The Court ordered TopWare to enter an appearance through a new attorney on or before January 23, 2012 and stated that failure to appear would result in the Court striking TopWare's answer and entering its default.  Defendant TopWare failed to appear on or before the January 23, 2012 deadline or at any time through the filing of Plaintiff's Ex Parte Application.

1         Consequently, Defendant TopWare Interactive, Inc.'s answer shall be

2    stricken and its default entered.

3    SO ORDERED.

4

5    DATE:_____        _____

6                                UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER GRANTING EX PARTE APPLICATION