Christopher J. Nelson, Esq.  (CA Bar No. 205161)
*cnelson@interplay.com*
Interplay Entertainment Corp.
12301 Wilshire Boulevard Suite 502
Los Angeles, CA 90025
(310) 979-7070
Fax: (310)979-7171

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTERPLAY ENTERTAINMENT CORP., <br><br>     Plaintiff, <br><br>     vs. <br><br> TOPWARE INTERACTIVE, INC., SOUTHPEAK INTERACTIVE CORPORATION, and Does 1-10, <br><br>     Defendants. | Case No.:  CV-10-7168 DMG(JCGx) <br><br> NOTICE OF WITHDRAWL OF *EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER OF DECEMBER 19, 2011 <br><br> JUDGE: Dolly M. Gee <br> COURTROOM: 7 <br> TRIAL DATE: June 12, 2012 |

TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

Please take notice that Plaintiff Interplay Entertainment Corp. hereby withdraws its Ex Parte Application to Enforce the Court's Order of December 19, 2011.  The Court has already enforced the Order, rendering the Application Moot.

Dated: February 7, 2012

By:_____/s/_____
Christopher J. Nelson, Esq.
*Attorney for Plaintiff*
*Interplay Entertainment Corp.*

1
NOTICE OF WITHDRAWL OF *EX PARTE* APPLICATION
TO ENFORCE THE COURT'S ORDER OF DECEMBER 19, 2011