KLEINBERG & LERNER, LLP
Michael Hurey (SBN 139,550)
*Email: mhurey@kleinberglerner.com*
Christopher J. Dugger (SBN 239,427)
*Email: cdugger@kleinberglerner.com*
Philip L. Nulud (SBN 245,147)
*Email: pnulud@kleinberglerner.com*
1875 Century Park East, Suite 1150
Los Angeles, CA 90067-3112
Telephone:   310-557-1511
Facsimile:    310-557-1540

Attorneys for Defendant
SOUTHPEAK INTERACTIVE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERPLAY ENTERTAINMENT CORP., <br><br> Plaintiffs, <br><br> v. <br><br> TOPWARE INTERACTIVE, INC., SOUTHPEAK INTERACTIVE CORPORATION, and Does 1 – 10, <br><br> Defendant. | CASE NO.   CV-10-7168 DMG(JCGx) <br><br> **JOINT REQUEST TO CONTINUE THE MOTION CUT-OFF (FILING DEADLINE), EARLY MEDIATION DEADLINE AND JOINT REPORT RE RESULTS OF EARLY MEDIATION DEADLINE** <br><br> **PROPOSED ORDER FILED CONCURRENTLY HEREWITH** |

Defendant SouthPeak Interactive Corporation ("SouthPeak") and Plaintiff Interplay Entertainment Corporation ("Interplay"), by and through their respective attorneys of record, hereby respectfully request the Court to continue the Mediation Deadline originally set for February 7, 2012 by thirty-one (31) days to March 9, 2012 and the corresponding Joint Report Re Results of Early Mediation Deadline originally set for February 17, 2012 by twenty-one (28) days to March 16, 2012 and the Motion Cut-Off (filing deadline) originally set for February 10,

2012 by thirty-eight (38) days to March 19, 2012.  The parties need additional time to confer and are attempting to resolve the lawsuit.

      As the court is aware, Defendant Topware's counsel has been relieved, due in part to their client's failure or refusal to cooperate in its defense.  Due to the unknown nature of the representation of Defendant Topware, Defendant SouthPeak and Plaintiff Interplay could not effectively mediate the issue and resolve the matters at hand.  It was not until February 7, 2012 that Defendant Topware had its answer stricken and a default entered against it.  Accordingly, SouthPeak and Interplay request that the court continue the Motion Cut-Off (filing deadline), Early Mediation, Joint Report Re Results of Early Mediation deadlines.  Agreed to in form and substance:

**KLEINBERG & LERNER, LLP**

February 8, 2012　　　　　　　　/s/ Philip Nulud

　　　　　　　　　　　　　　　　Michael Hurey
　　　　　　　　　　　　　　　　Christopher J. Dugger
　　　　　　　　　　　　　　　　Philip L. Nulud
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　SouthPeak Interactive, Corporation

**Interplay Entertainment Corp.**

February 8, 2012　　　　　　　　/s/ Christopher Nelson

　　　　　　　　　　　　　　　　Christopher J. Nelson
　　　　　　　　　　　　　　　　Attorney for Plaintiff Interplay
　　　　　　　　　　　　　　　　Entertainment Corporation