

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**To**:   Clerk, United States District Court
_____ District of _____

**Re:**   MDL _____   In Re: _____
                                                         Liability Litigation
Transfer of our Civil Case No. _____
Case Title: _____

Dear Sir/Madam:

**An order having been made by the Judicial Panel on Multi-district Litigation transferring/ remanding the above-numbered case to your district, we are transmitting herewith our:**

☐   Original case file documents are enclosed in paper format.
☐   Electronic Documents are accessible through Pacer.
☐   Other: _____

Very truly yours,

Clerk, U.S. District Court

Date: _____   By _____
                                                     Deputy Clerk

*cc:   All counsel of record*

===========================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e:mail to the appropriate address listed below and provide the case number assigned in your district:**

☐   CivilIntakecourtdocs-LA@cacd.uscourts.gov   (Los Angeles Office)
☐   CivilIntakecourtdocs-RS@cacd.uscourts.gov   (Riverside Office)
☐   CivilIntakecourtdocs-SA@cacd.uscourts.gov   (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____   By _____
                                                     Deputy Clerk

CV-117 (09/08)         **TRANSMITTAL LETTER - MDL CASE TRANSFER OUT**