KLEINBERG & LERNER, LLP
Michael Hurey (SBN 139,550)
*Email: mhurey@kleinberglerner.com*
Christopher J. Dugger (SBN 239,427)
*Email: cdugger@kleinberglerner.com*
Philip L. Nulud (SBN 245,147)
*Email: pnulud@kleinberglerner.com*
1875 Century Park East, Suite 1150
Los Angeles, CA 90067-3112
Telephone:  310-557-1511
Facsimile:   310-557-1540

Attorneys for Defendant
SOUTHPEAK INTERACTIVE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERPLAY ENTERTAINMENT CORP., <br><br> Plaintiffs, <br><br> v. <br><br> TOPWARE INTERACTIVE, INC., SOUTHPEAK INTERACTIVE CORPORATION, and Does 1 – 10, <br><br> Defendant. | CASE NO.  CV-10-7168 DMG(JCGx) <br><br> **ORDER CONTINUING MOTION CUT-OFF (FILING DEADLINE) [53]** |

The Court, having reviewed the parties' Joint Request To Continue The Motion Cut-Off (filing deadline), and good cause appearing, IT IS ORDERED that the Motion Cut-Off (filing deadline) is continued to March 19, 2012.  The settlement completion deadline of April 17, 2012 and joint status report re settlement deadline of April 24, 2012 shall remain unchanged [see Doc. # 36 at 17].  The request to continue the Early Mediation Deadline is denied as moot inasmuch as the parties failed to engage in "early" mediation.

DATED: February __8__, 2012

_____
DOLLY M. GEE
United States District Judge

- 1 -   ~~[Proposed]~~ Order Continuing Motion Cut-Off (Filing Deadline)