1 Christopher J. Nelson, Esq. (SBN 205161)
  *cnelson@interplay.com*
2 Interplay Entertainment Corp.
  12301 Wilshire Boulevard, Suite 502
3 Los Angeles, CA 90025
  (310)979-7070
4 (310)979-7171 - fax

5 Attorney for Plaintiff, Interplay Entertainment Corp.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA AT LOS ANGELES

| | |
|---|---|
| INTERPLAY ENTERTAINMENT CORP.<br><br>           Plaintiff,<br><br>     v.<br><br>TOPWARE INTERACTIVE, INC.; SOUTHPEAK INTERACTIVE CORPORATION, and DOES 1-10<br><br>           Defendants. | Case No. CV-10-7168 DMG(JCGx)<br><br>**NOTICE OF SETTLEMENT**<br><br>JUDGE: Hon. Dolly M. Gee<br>COURTROOM: 7<br><br>Complaint filed: September 24, 2010<br>Trial Date: November 27, 2012 |
| SOUTHPEAK INTERACTIVE CORPORATION<br><br>           Cross -Plaintiff,<br><br>V.<br><br>INTERPLAY ENTERTAINMENT CORP., AND DOES 1-10<br><br>           Cross-Defendants. | |

TO THE COURT AND ALL PARTIES:

---

**NOTICE OF SETTLEMENT**          Case No. CV-10-7168

1  Please take notice that Interplay Entertainment Corp. and SouthPeak Interactive Corporation have reached an agreement to resolve all claims between them scheduled for trial in the above captioned action. The settlement includes a consent judgment against SouthPeak, as well as several confidential terms subject to a private agreement between Interplay and SouthPeak. The Court earlier granted Interplay's Motion for Entry of Default Judgment against Defendant TopWare.

The parties are finalizing the settlement documents and once complete Interplay will file with the Court a stipulation for entry of judgment against SouthPeak and request for entry of judgment against SouthPeak and TopWare.

Because this settlement results in the complete resolution of this action, the parties submit this notice in lieu of the pre-trial documents due on October 9, 2012 and do not intend to submit pre-trial disclosures or motions in limine unless otherwise instructed by the Court.

Respectfully submitted:

Dated: October 9, 2012     INTERPLAY ENTERTAINMENT CORP.


By    /s/ Christopher J. Nelson
   Christopher J. Nelson
   INTERPLAY ENTERTAINMENT CORP.
   Attorney for Plaintiff/Cross-Defendant
   Interplay Entertainment Corp.


SOUTHPEAK INTERACTIVE CORPORATION


By    /s/ Guillermo Cabrera
   Guillermo Cabrera
   THE CABRERA FIRM, APC.
   Attorney for Defendant /Cross- Plaintiff
   SouthPeak Interactive Corporation

-1-

**NOTICE OF SETTLEMENT**

Case No. CV-10-7168