**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTERPLAY ENTERTAINMENT CORP., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> TOPWARE INTERACTIVE INC., et al. <br><br> Defendant/Counter-Plaintiffs. | Case No.: CV 10-7168-DMG (JCGx) <br><br> **JUDGMENT [76]** |

[

Pursuant to the Stipulation of Plaintiff INTERPLAY ENTERTAINMENT CORP. and Defendant SOUTHPEAK INTERACTIVE CORPORATION, and the Order granting Plaintiff's motion for default judgment against Defendant TopWare Interactive, dated April 13, 2012 [Doc. # 66], JUDGMENT is hereby entered in favor of Plaintiff INTERPLAY ENTERTAINMENT CORP. as follows:

1. Defendant SouthPeak shall pay to Plaintiff the total sum of $50,000, together with post-judgment interest thereon pursuant to 28 U.S.C. §1961 from the date this Judgment is entered.

2.  Defendant TopWare shall pay to Plaintiff on Plaintiff's cause of action for trademark infringement the amount of $100,000, together with post-judgment interest thereon pursuant to 28 U.S.C. §1961 from the date this Judgment is entered

3.  Defendants SouthPeak and TopWare, their officers, agents, employees, affiliated companies, and those in active concert or participation with them, are permanently restrained and enjoined from from:

    a.  Advertising, manufacturing, selling and distributing video game software which contains "BATTLE CHESS" in any typographical format and phrase, including "*Battle vs. Chess*";

    b.  Promoting or selling such goods and services on Internet websites, including but not limited to www.battlevschess.com, www.topware.com, www.southpeakgames.com, and retail websites; and

    c.  Registering or attempting to register "*Battle vs. Chess*" or any confusingly similar designations, as a mark, business name, domain name, e-mail address, meta-tag or otherwise.

3.  SouthPeak and TopWare shall pay costs and attorneys' fees incurred by Interplay in filing and prosecuting this action, and obtaining, executing and enforcing this Judgment as awarded by the Court on motion pursuant to Fed. R. Civ. Proc. 54, together with post-judgment interest thereon pursuant to 28 U.S.C. §1961 from the date the Order awarding costs and attorney's fees is entered.

DATE: November 29, 2012

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE