Christopher J. Nelson (Bar No. 205161)
*cnelson@interplay.com*
Interplay Entertainment Corp.
Suite 502
12301 Wilshire Boulevard
Los Angeles, CA 90025
310-579-7070
310-579-7171 (fax)

*Attorney for Plaintiff*
*Interplay Entertainment Corp.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIV.

| | |
|---|---|
| INTERPLAY ENTERTAINMENT CORP., <br><br> Plaintiff, <br><br> vs. <br><br> TOPWARE INTERACTIVE, INC., and Does 1-10, <br><br> Defendants. | Case No.: CV 10-7168-DMG (JCGx) <br><br> NOTICE OF MOTION AND MOTION BY INTERPLAY ENTERTAINMENT CORP. FOR AN AWARD OF ATTORNEYS' FEES <br><br> JUDGE: Hon. Dolly M. Gee <br><br> Courtroom: 7 <br><br> Hearing Date: January 25, 2013 <br> Time: 9:30 a.m. |

TO THE COURT AND TO DEFENDANTS:

PLEASE TAKE NOTICE that on January 25, 2013, at 9:30 a.m., or as soon thereafter as the matter may be heard in the Courtroom of the Hon. Dolly M. Gee, United States District Judge, located in Courtroom 7 of the United States District Courthouse, 312 N. Spring Street, Los Angeles, California, 90012. Plaintiff Interplay Entertainment Corp. will, and hereby does, move the Court for an award

1
MOTION BY INTERPLAY ENTERTAINMENT CORP. FOR AWARD OF ATTORNEYS' FEES; MEMORANDUM OF LAW IN SUPPORT; DECLARATION OF CHRISTOPHER J. NELSON

of recoverable attorneys fees to be added to the judgment against Defendants TopWare Interactive, Inc., and SouthPeak Interactive Corporation pursuant to the Lanham Act, 15 U.S.C §1117(a), Fed. R. Civ. Proc. 54 and Local Rules 54-12 and 55-3, in the amount of $49,350.00.

By this Notice of Motion and Motion for Attorneys' Fees, the Memorandum of Law in Support attached thereto, and the Declaration of Christopher J. Nelson and exhibits attached thereto, Plaintiff requests that the requested attorneys fees in the amount of $49,350.00 be added to the judgment.

This motion is based on this Notice of Motion and Motion for an Award of Attorneys' Fees and accompanying Memorandum of Law, the Declaration, and exhibits attached thereto, the exhibits and evidence to be presented at the hearing hereon, the pleadings, records and papers on file herein and such other matters and evidence as may be presented at or before the hearing.

Dated: December 14, 2012          Respectfully submitted,

_____/s/ Christopher J. Nelson_____
Christopher J. Nelson (Bar No. 205161)

INTERPLAY ENTERTAINMENT CORP.
Suite 502
12301 Wilshire Boulevard
Los Angeles, CA 90025
310-571-7070

*Attorney for Plaintiff*
*Interplay Entertainment Corp.*

2
MOTION BY INTERPLAY ENTERTAINMENT CORP. FOR AWARD OF ATTORNEYS' FEES; MEMORANDUM OF LAW IN SUPPORT; DECLARATION OF CHRISTOPHER J. NELSON