Christopher J. Nelson (Bar No. 205161)
cnelson@interplay.com
Interplay Entertainment Corp.
Suite 502
12301 Wilshire Boulevard
Los Angeles, CA 90025
310-979-7070
310-979-7171 (fax)

*Attorney for Plaintiff*
*Interplay Entertainment Corp.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTERPLAY ENTERTAIMENT CORP., <br><br> Plaintiff, <br><br> vs. <br><br> TOPWARE INTERACTIVE, INC., and Does 1-20, <br><br> Defendants. | Case No.: CV 10-7168-DMG (JCGx) <br><br> ORDER GRANTING MOTION FOR AWARD OF ATTORNEYS' FEES [DOC # 79] |

This matter is before the Court on Plaintiff's unopposed Motion for Attorneys' Fees.

After reviewing the time records submitted by Plaintiff's counsel demonstrating 164.5 hours of attorney time expended in this case, the Court determines that the time spent preparing this litigation is reasonable and was necessary to achieve the favorable outcome for Plaintiff.  After reviewing the hourly rate requested by Plaintiff in light of the prevailing rates for similiar litigation in the Los Angeles area involving attorneys of similar experience and skill, an hourly rate of $300 per hour is deemed reasonable.

Based on the foregoing and applying the lodestar analysis (164.5 hours x $300 per hour) results in a reasonable attorneys' fee of $49,350.00, which shall be added to the Judgment.

The January 25, 2013 hearing on the Motion for Attorneys' Fees is VACATED.

IT IS SO ORDERED.

DATE:   January 15, 2013           _____
                                           DOLLY M. GEE
                                   UNITED STATES DISTRICT JUDGE