Joshua P. Friedman (S.B. #216261)
*jfriedman@jpfassociates.com*
Joshua P. Friedman and Assoc., Inc.
9903 Santa Monica Blvd. Ste 1108
Beverly Hills, CA 90212
310-278-8600
310-388-5421 (fax)

*Attorney for Plaintiff/Judgment Creditor
Interplay Entertainment Corp.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIV.

| | |
|---|---|
| INTERPLAY ENTERTAINMENT CORP., <br><br> Plaintiff, <br><br> vs. <br><br> TOPWARE INTERACTIVE,INC., and Does 1-10, <br><br> Defendants. | Case No.: CV 10-7168-DMG (JCGx) <br><br> SATISFACTION OF JUDGMENT AGAINST SOUTHPEAK INTERACTIVE CORPORATION <br><br><br> JUDGE: Hon. Dolly M. Gee <br> Courtroom: 7 |

    WHEREAS, a judgment was entered in the above action on the 29th day of November, 2012 in favor of Interplay Entertainment Corp. and against SouthPeak Interactive Corporation in the amount of $50,000 plus interest from the 29th day of November, 2012, and said judgment having been compromised and such compromise fully paid; and

    WHEREAS, it is certified that there are no outstanding executions with any Sheriff or Marshall,

    THEREFORE, full and complete satisfaction of said judgment is hereby

1 | acknowledged, and the Clerk of the Court is hereby authorized and directed to
2 | make an entry of the full and complete satisfaction on the docket of said judgment
3 | as to SouthPeak Interactive Corporation **ONLY**.

5 | Dated: November 4, 2013          Respectfully submitted,

          _____/s/ Joshua P. Friedman_____
          Joshua P. Friedman (Bar No. 216261)

          Joshua P. Friedman and Assoc., Inc.
          9903 Santa Monica Blvd. Ste 1108
          Beverly Hills, CA 90212
          *Attorney for Plaintiff/Judgment Creditor*
          *Interplay Entertainment Corp.*